JLG:KCM
F. #2022R00444

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

JOEL MOSKOWITZ,

           Defendant.

------------------------------X

CR-25 0316

CHOUDHURY, J.

LINDSAY, M.J.

INDICTMENT

Cr. No. _____
(T. 18, U.S.C., §§ 2252(a)(2),
2252(a)(4)(B), 2252(b)(1), 2252(b)(2),
2253(a), 2253(b), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 09 2025  ★

LONG ISLAND OFFICE

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH FIVE
(Receipt of Child Pornography)

1. On or about the dates and times set forth below, within the Eastern District of New York and elsewhere, the defendant JOEL MOSKOWITZ did knowingly and intentionally receive one or more visual depictions, to wit: the digital videos and images depicted in the following computer files:

| Count | Approximate Date and Time | File Name |
|---|---|---|
| ONE | July 29, 2018 at 21:26 UTC | Untitledjugiuyg.mov |
| TWO | May 20, 2021 at 17:10 UTC | CF484FCABD36DB956821688CDDFA4AB9E0738798 |
| THREE | December 3, 2021 at 18:00 UTC | Angela---vibe+angel [noshare].mpg |
| FOUR | December 3, 2021 at 18:00 UTC | 1_5186343898078773275.mp4 |
| FIVE | December 3, 2021 at 18:00 UTC | video_2020-04-16_00-54-29.mp4.jpg |

using a means and facility of interstate and foreign commerce, which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use

of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), 2 and 3551 et seq.)

## COUNT SIX
(Possession of Child Pornography)

2. In or about and between July 2018 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOEL MOSKOWITZ did knowingly and intentionally possess matter which contained one or more visual depictions, to wit: images and videos in files stored on: (a) one Apple MacBook Pro laptop computer bearing serial number C02RN0XHG8WM; (b) one Apple MacBook Air laptop computer bearing serial number C02LJ07DF5YW; (c) one Apple MacBook Pro laptop computer bearing serial number C02Z403FLVDR; (d) one Apple iMac Computer bearing serial number QP9211830TF; (e) one Apple Mac Pro computer bearing serial number CMVHR03VF4MD; (f) one Other World Computing OS 500 gigabyte hard drive; (g) one Apple Mac Pro computer bearing serial number F5KC206ZK7GF; (h) one Apple Mac Pro computer, bearing serial number G86361XVUPZ; (i) one G-Technology 4 terabyte external hard drive bearing serial number K7G73BSB; (j) one FirmTek 2-bay enclosure bearing serial number ST2EN20406258; (k) one Hitachi hard drive bearing serial number PAGLED9E; (l) one Hitachi hard drive, bearing serial number PAGLJ58E; and (m) one Other World Computing Mercury Elite AL Pro external hard drive bearing serial number 9373631, that had been mailed, and had been shipped and transported using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means, including by computer, the

production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions having been of such conduct, and one or more of such visual depictions involved one or more prepubescent minors and one or more minors who had not attained 12 years of age.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

3.   The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of: (a) any visual depiction described in Sections 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to the following, all seized by law enforcement on or about October 13, 2022, in Roslyn, New York:

(a)   one Apple MacBook Pro laptop computer bearing serial number C02RN0XHG8WM;

(b)   one Apple MacBook Air laptop computer bearing serial number C02LJ07DF5YW;

   (c) one Apple MacBook Pro laptop computer bearing serial number C02Z403FLVDR;

   (d) one Apple iMac desktop computer bearing serial number QP9211830TF;

   (e) one Apple Mac Pro computer bearing serial number CMVHR03VF4MD;

   (f) one Other World Computing OS 500 gigabyte hard drive;

   (g) one Apple Mac Pro computer bearing serial number F5KC206ZK7GF;

   (h) one Apple Mac Pro computer, bearing serial number G86361XVUPZ;

   (i) one G-Technology 4 terabyte external hard drive bearing serial number K7G73BSB;

   (j) one FirmTek 2-bay enclosure bearing serial number ST2EN20406258;

   (k) one Hitachi hard drive bearing serial number PAGLED9E;

   (l) one Hitachi hard drive bearing serial number PAGLJ58E; and

   (m) one Other World Computing Mercury Elite AL Pro external hard drive bearing serial number 9373631.

   4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

5

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL



FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK