UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOEL MOSKOWITZ,

                Defendant.

**NOTICE OF APPEARANCE**

Case No. 25-CR-0316

PLEASE TAKE NOTICE that Thomas A. McKay hereby appears as counsel for Defendant Joel Moskowitz, in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
       October 21, 2025

                                MORVILLO ABRAMOWITZ GRAND
                                IASON & ANELLO P.C.

By:   /s/ *Thomas A. McKay*
        Thomas A. McKay

        565 Fifth Avenue
        New York, NY 10017
        Telephone: (212) 880-9484
        Fax: (212) 856-9494
        tmckay@maglaw.com

        *Attorney for Defendant Joel Moskowitz*