UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL MOSKOWITZ,<br><br>                  Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 25-CR-0316 |

PLEASE TAKE NOTICE that Corey F. Baron hereby appears as counsel for Defendant Joel Moskowitz, in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
       October 21, 2025

                                            MORVILLO ABRAMOWITZ GRAND
                                            IASON & ANELLO P.C.

                        By:   /s/ *Corey F. Baron*
                               Corey F. Baron

                               565 Fifth Avenue
                               New York, NY 10017
                               Telephone: (212) 880-9576
                               Fax: (212) 856-9494
                               cbaron@maglaw.com

                               *Attorney for Defendant Joel Moskowitz*