UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

JOEL MOSKOWITZ

----------------------------------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2025 ★

LONG ISLAND OFFICE

NOTICE OF ATTORNEY APPEARANCE

Case Number: 25 CR 316 (NJC)

PLEASE NOTICE, that I have been retained by Dr. Joel Moskowitz, the above named (Plaintiff/<u>Defendant</u>). I was admitted to practice in this District on 2023.

PRINT NAME: Thomas McKay

SIGNATURE: [signature]

BAR CODE: TM-8442
First and Last Initial and the Last Four Digits of Your Social Security Number

FIRM NAME: Morvillo Abramowitz Grand Iason + Anello

ADDRESS: 565 Fifth Avenue
Street Address

New York    NY    10017
City        State  Zip Code

E-MAIL: TMcKay@maglaw.com

PHONE NUMBER: (212) 880-9484