BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: OCT 17 2025  
TIME ON: 4:20  
TIME OFF: 5:10  

Case No. CR-25-316 (NJC)

Courtroom Deputy: R.I.

Criminal Cause for ARRAIGNMENT

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ OCT 17 2025 ★  
LONG ISLAND OFFICE

Defendant: JOEL MOSKOWITZ  
Present ✓   Not Present___   In Custody ✓   On Bail/Bond___

Attorney: THOMAS McKAY   Ret'd ✓   CJA___   F.D.___

AUSA: KAITLIN McTAGUE

Interpreter: N/A

ESR: 4:20 - 5:10

✓ Case Called   ✓ Counsel for all sides present.  
✓ Arraignment Held.  
✓ Defendant Pleads Not Guilty to: THE INDICTMENT  
✓ Order Setting Conditions of Release and Bond entered.  
___ Order of Detention entered.  
___ Temporary Order of Detention entered.  
___ Probation Notified.  
✓ Speedy Trial waived from 10/17/25 through 11/19/2025.  

Next Court appearance scheduled for STATUS CONFERENCE ON Nov. 19, 2025 BEFORE DISTRICT JUDGE CHOUDHURY

NOTES _____