AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Cr. 316 |
| Joel Moskowitz | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joel Moskowitz                                                                                             .

Date:   10/30/2025

Deirdre D. von Dornum
*Attorney's signature*

Deirdre D. von Dornum, NY DV-4168
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

*Address*

dvondornum@shertremonte.com
*E-mail address*

(212) 540-0670
*Telephone number*

(212) 202-4156
*FAX number*