KCM
F.# 2022R00444

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOEL MOSKOWITZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING O R D E R

CR 25-316 (NJC)(ARL)

      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kaitlin C. McTague, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the Indictment and arrest warrant in the above-captioned matter be unsealed.

Dated:   Central Islip, New York
          October 30, 2025

                                           /s/ Arlene R. Lindsay

                                   HONORABLE ARLENE R. LINDSAY
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK