# SHER TREMONTE LLP

November 13, 2025

**BY ECF**
Honorable Nusrat J. Choudhury
U.S. District Court for the Eastern
District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   **United States v. Joel Moskowitz, 25 Cr. 316 (NJC)**

Dear Judge Choudhury,

I write to respectfully request that the Court terminate Mr. Moskowitz's prior counsel of record, Corey Baron and Thomas McKay of Morvillo Abramowitz Grand Iason Anello.  At the time of Mr. Moskowitz's arrest and initial appearance on October 17, 2025, he was represented by Mr. Baron and Mr. McKay.  Mr. Moskowitz subsequently decided to retain me to represent him, and I entered a notice of appearance on October 30, 2025.  *See* ECF No. 12.  Mr. Baron and Mr. McKay no longer have involvement in this matter.

Thank you for your consideration of this request.

Respectfully Submitted,

Deirdre D. von Dornum

cc: Dr. Joel Moskowitz (by U.S. Mail)
    Thomas McKay and Corey Baron (by ECF and E-mail)
    A.U.S.A. Kaitlin McTague (by ECF)