U.S. Department of Justice

United States Attorney
Eastern District of New York

*610 Federal Plaza*
*Central Islip, New York 11722*

November 17, 2024

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Joel Moskowitz
      Criminal Docket No. 25-CR-316 (NJC)

Dear Judge Choudhury:

  I write on behalf of the government in the above captioned matter, and with the consent of counsel for the defendant, Deirdre von Dornum, Esq., to respectfully provide a status update in accordance with the Court's individual rules, and in advance of the next conference, which is scheduled for November 19, 2025, at 2:00 p.m.

  The government has recently produced discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, including, inter alia, subpoena responses and related third party records, the search warrant affidavit, and law enforcement records. See ECF Dkt. No. 15. Furthermore, the government and defense counsel are presently coordinating the in-person review of sensitive discovery materials currently in the possession of law enforcement.

  In light of the foregoing, at the upcoming conference, the parties will jointly request that the Court set this matter down for another status conference in approximately 90 days, and relatedly, respectfully request the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, until the date of the next status conference, in order to permit the continued production and review of discovery and afford the parties time to continue plea negotiations. Defense counsel has conferred with her client, who indicated that he also consents to the exclusion of time under the Speedy Trial Act.

  Additionally, the government anticipates that defense counsel will ask the Court to modify the defendant's curfew to allow him to be out of the house between 9 a.m.

and 8 p.m.  The government has no objection to this request.  For its part, Pretrial Services maintains that the current curfew hours of 9 a.m. to 6 p.m. are appropriate.

Finally, the government presently is not aware of any exculpatory material regarding the defendant.  The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and in accordance with the previously-issued standing order pursuant to Federal Rule of Criminal Procedure 5(f).

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:   /s/_____
       Kaitlin C. McTague
       Assistant U.S. Attorney
       (631) 715-7878

cc: Deirdre von Dornum, Esq.