# SHER TREMONTE LLP

January 13, 2026

**BY ECF**
Honorable Nusrat J. Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **United States v. Joel Moskowitz**, 25 Cr. 316 (NJC)

Dear Judge Choudhury,

    I write, with the consent of the government, to respectfully request that the Court temporarily modify the conditions of Mr. Moskowitz's release to permit him to return home at 10 p.m. (rather than 9 p.m.) on Thursday, January 15, 2026. Mr. Moskowitz and his wife would like to attend the concert of a family friend ("Songbook of the 60s and 50s") at a small venue in Boca Raton. The concert is only open to adults and Mr. Moskowitz will be in the company of his wife, who is a suretor on his bond. Because the concert begins at 7:30 p.m., absent an extension of his curfew, Mr. Moskowitz would only be able to attend the first half of the concert.

    The government has no objection to this requested temporary modification. Pretrial Services objects because, as a policy, it does not consent to modifications of curfew for social activities.

    Thank you for your consideration of this request.

Respectfully Submitted,

/s/

Deirdre D. von Dornum

cc: U.S. Pretrial Officers Amanda Sanchez and Chris Jay (by E-Mail)
    A.U.S.A. Kaitlin McTague (by ECF)