

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 13, 2026

<u>By ECF</u>

The Honorable Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:   <u>United States v. Joel Moskowitz</u>
        Criminal Docket No. 25-CR-316 (NJC)

Dear Judge Choudhury:

    The parties in the above-captioned matter hereby submit a joint report regarding the status of this case. The parties continue to engage in plea negotiations and believe a disposition short of trial is likely to occur.

    Since the last status conference, the parties have continued to engage in discussions regarding discovery material, including the review of sensitive discovery materials. Due to these continuing discussions and the parties' ongoing plea negotiations, the parties would benefit from an adjournment.

The parties thus respectfully request that the status conference scheduled for May 27, 2026, at 2:00 p.m., be adjourned for approximately 60 days, or sometime thereafter, when the Court is next available. The parties also request that the time under the Speedy Trial Act be excluded between May 27, 2026, and the date of next status conference, so that the parties can continue to engage in plea negotiations. Defense counsel consents to the request to exclude time.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/               
Kaitlin C. McTague
Assistant U.S. Attorney
(631) 715-7878

cc:     Deirdre von Dornum, Esq.