SHER TREMONTE LLP

October 8, 2026

**BY ECF**
Honorable Nusrat J. Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: United States v. Joel Moskowitz, 25 Cr. 316 (NJC)**

Dear Judge Choudhury,

I write, with the consent of the government and Pretrial Servies, to respectfully request one temporary and one permanent modification of Mr. Moskowitz's conditions of release. As the Court is aware, Mr. Moskowitz has been in perfect compliance with all conditions of his release.

*Temporary Modification*. Mr. Moskowitz has learned that the celebration of his grand-nephew's bar mitzvah this Saturday evening, October 11, 2026, will continue until midnight. Accordingly, so that he may be in attendance through at least the dinner portion of the evening, I respectfully ask that he be permitted to return home by 11 p.m. The Court previously granted an extension of his curfew to 10 p.m. for this event. The government and Pretrial Services have no objection to this modified request that he be permitted to return home an hour later.

*Permanent Modification*. Mr. Moskowitz's curfew conditions currently require him to be home by 8 p.m. each evening, absent special permission of the Court. So that Mr. Moskowitz and his wife may participate in family functions while in Florida and go out to dinner, we ask that his curfew be permanently extended to 9 p.m. The government and Pretrial Services have no objection to this request.

Thank you for your consideration of these requests.

Respectfully Submitted,
/s/
Deirdre D. von Dornum

cc: U.S. Pretrial Officer Amanda Sanchez (by E-Mail)
A.U.S.A. Kaitlin McTague (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156